

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2014

No. 04-14-00058-CR

Arthur Curtis **THOMAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5822
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due no later than June 4, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court